UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GARCIA on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, a public entity, et al.,<br><br>Defendants. | Case No. : CV 09-8943-DMG (SHx)<br><br>**ORDER GRANTING PLAINTIFF MICHAEL GARCIA'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AGREEMENT WITH LOS ANGELES UNIFIED SCHOOL DISTRICT AND MOTION FOR AWARD OF ATTORNEY'S FEES AND EXPENSES RELATED TO CLASS SETTLEMENT WITH LOS ANGELES UNIFIED SCHOOL DISTRICT [402, 403]** |

Having considered Plaintiff's moving papers, the arguments of counsel, and the proceedings in this action to date, the Court hereby finds and concludes that:

1. The Class Notice distributed to Class Members, pursuant to this Court's prior order, was accomplished in all material requests and fully met the requirements of Federal Rule of Civil Procedure 23, due process, and any other applicable laws.

2. The Class Settlement Agreement with Los Angeles Unified School District is fair, reasonable, and adequate in all respects. The Class Settlement Agreement provides meaningful relief and is reasonably related to the strength of Plaintiffs' and Class Members claims given the risk, expense, complexity, and direction of further litigation. The Class Settlement is the result of arms'-length negotiations between experienced counsel representing the interests of the Plaintiff Class and Defendant, after thorough factual and legal investigation.

3. For the reasons stated in Plaintiff Michael Garcia's Motion for Award of Attorney's Fees And Costs Related to Proposed Class Settlement with Los Angeles Unified School District, an award of fees and expenses of $184,000.00 to Class Counsel as compensation for their work on this lawsuit and as provided for in the Settlement Agreement with the Los Angeles Unified School District is warranted. The Court therefore awards fees and expenses to Plaintiffs' counsel in the amount of $184,000.

4. The Court has jurisdiction over the subject matter of this litigation and all matters relating thereto, and over Plaintiffs and Defendants. Venue is proper in the Central District.

5. Pursuant to Federal Rule of Civil Procedure 23(e), this Court grants final approval to the Class Settlement Agreement, incorporates the terms of the Class Settlement Agreement into this order as though fully set forth, and orders all parties to perform all of their obligations thereunder;

6. This order and the Class Settlement are binding against the parties,

their successors in office, and their respective officers, agents, and employees, and all others acting in concert with them.

**IT IS SO ORDERED**.

DATED: May 20, 2016

                              DOLLY M. GEE
                        UNITED STATES DISTRICT JUDGE